[No. 13226–5–II.   Division Two.   January 9, 1991.]

*In the Matter of the Marriage of* LINDA DEAN APPELQVIST,
*Respondent, and* HENRIK MIKAEL APPELQVIST,
*Respondent,* SVETLANA APPELQVIST,
*Appellant.*

Appeal from a judgment of the Superior Court for Clark
County, No. 83–3–01905–0, James D. Ladley, J., entered
September 15, 1989. *Reversed* by unpublished opinion per
Petrich, J., concurred in by Worswick, C.J., and Morgan, J.

[No. 12863–2–II.   Division Two.   January 9, 1991.]

DENNIS ANDERSON, *Appellant,* v. THE DEPARTMENT
OF LICENSING, *Respondent.*

Appeal from a judgment of the Superior Court for Thur-
ston County, No. 88–2–00524–6, Carol A. Fuller, J., entered
May 3, 1989. *Affirmed* by unpublished opinion per Alexan-
der, J., concurred in by Worswick, C.J., and Morgan, J.

[No. 12963–9–II.   Division Two.   January 9, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. ANTHONY
GEORGE PARKER, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 89–1–00687–3, Donald H. Thompson, J.,
entered June 20, 1989. *Reversed* by unpublished opinion
per Worswick, C.J., concurred in by Alexander and Morgan,
JJ.